UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER KUZKO and LIDIYA KUZKO,<br><br>        Plaintiffs,<br><br>   v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a District of Columbia corporation; J.P. MORGAN CHASE BANK, a national association; ALL PERSONS UNKNOWN, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto; and DOES 1-25, inclusive,<br><br>        Defendants. | No. 2:15-cv-01848-GEB-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

      Plaintiffs state in their Status Report filed October 21, 2015, that "[a]ll known defendants have been served[,]" and "[a]s of the date of this status report[,] no defendant has appeared in the matter." (Pls.' Status Report 1:19-20, ECF No. 6.) However, Plaintiffs do not indicate in the Status Report how they intend to prosecute the action other than stating generally that "Plaintiffs likely will move for default as to Chase Bank."

1

(Id. at 2:1-2.)

Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 9, 2015, is continued to December 7, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiffs shall address their efforts to prosecute this case against each named Defendant. Plaintiffs are notified that each named Defendant and/or this action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiffs fail to prosecute their claim or claims against either or both named Defendants.

IT IS SO ORDERED.

Dated: November 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2