Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599
Email:          jakefreed@dwt.com
                   joeaddiego@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDER KUZKO, et al., | Case No. 15-cv-01848-GEB-AC |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT AS TO DEFENDANT JPMORGAN CHASE BANK, N.A. AND TO RESET DEADLINE FOR RESPONSE TO COMPLAINT** |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | |
| Defendants. | [Civ. L.R. 144(a)] |

Presently before the Court is a stipulation between Plaintiffs and Defendant JPMorgan Chase Bank, N.A. ("Chase") to (1) set aside the default entered against Chase; (2) extend the time for Chase to answer, move, or otherwise respond to Plaintiffs' complaint up to and including January 29, 2016; (3) extend the deadline for the parties to submit their Joint Status Report up to and including January 22, 2016; and (4) extend the deadline for the parties to exchange Initial Disclosures up to and including February 19, 2016.

Good cause appearing therefore, the Court GRANTS the stipulation, as follows:

1. The default against Chase, entered by the Court on December 21, 2015, is set aside.
2. Chase shall answer, move, or otherwise respond to Plaintiffs' complaint on or before January 29, 2016.
3. The parties shall file their Joint Scheduling Report on or before January 22, 2016.
4. The parties shall exchange Initial Disclosures on or before February 19, 2016.

Dated:  January 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT
Case No. 1:15-cv-01848-GEB-AC