Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         jakefreed@dwt.com
                    joeaddiego@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDER KUZKO, et al., | Case No. 15-cv-01848-TLN-AC |
| Plaintiffs, | **ORDER GRANTING STIPULATION EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT** |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | [Civ. L.R. 144(a)] |
| Defendants. | |

Presently before the Court is a stipulation between Plaintiffs and Defendant JPMorgan Chase Bank, N.A. ("Chase") to extend the time for Chase to answer, move, or otherwise respond to Plaintiffs' complaint up to and including February 29, 2016 and extend the deadline for the parties to exchange Initial Disclosures up to and including March 15, 2016.

Good cause appearing therefore, the Court GRANTS the stipulation, as follows:

1. Chase shall answer, move, or otherwise respond to Plaintiffs' complaint on or before February 29, 2016.

2. The parties shall exchange Initial Disclosures on or before March 15, 2016.

SO ORDERED.

Dated: January 29, 2016

_____
Troy L. Nunley
United States District Judge