PETER J. SALMON (SBN 174386)
JILLIAN A, BENBOW (SBN 246822)
ALDRIDGE PITE, LLP
1920 Main Street, Suite 760
Irvine, CA 92614
Telephone: (714) 285-2683
Facsimile:  (714) 285-2668
E-Mail: jbenbow@aldridgepite.com

Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDER KUZKO AND LIDIYA KUZKO,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a District of Columbia corporation; J.P. MORGAN CHASE BANK, a national association; ALL PERSONS UNKNOWN, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto; and DOES 1-25, inclusive,<br><br>Defendants, | Case No. 2:15-CV-01848-TLN-AC<br><br>**ORDER ON STIPULATION TO SET ASIDE AND VACATE ENTRY OF DEFAULT AS TO DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION**<br><br>Complaint Filed: September 1, 2015 |

Upon consideration of the Stipulation between Plaintiffs ALEXANDER KUZKO and LIDIYA KUZKO (hereinafter, collectively, "Plaintiffs"), and Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION (hereinafter "Freddie Mac") to Set Aside and Vacate the Default as to Freddie Mac entered on December 21, 2015, and good cause appearing,

1    IT IS ORDERED THAT the default entered against Freddie Mac on December 21, 2015, is hereby set aside and vacated. Plaintiffs and Defendant Freddie Mac shall file a Stipulation for the Dismissal of Defendant Federal Home Loan Mortgage Corporation concurrent with setting aside the default of Federal Home Loan Mortgage Corporation.

IT IS SO ORDERED:

Dated: February 23, 2016

_____
Troy L. Nunley
United States District Judge