PETER J. SALMON (SBN 174386)
JILLIAN A, BENBOW (SBN 246822)
ALDRIDGE PITE, LLP
1920 Main Street, Suite 760
Irvine, CA 92614
Telephone: (714) 285-2683
Facsimile:  (714) 285-2668
E-Mail: jbenbow@aldridgepite.com

Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDER KUZKO AND LIDIYA KUZKO,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a District of Columbia corporation; J.P. MORGAN CHASE BANK, a national association; ALL PERSONS UNKNOWN, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto; and DOES 1-25, inclusive,<br><br>Defendants, | Case No. 2:15-CV-01848-TLN-AC<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION**<br><br>Complaint Filed: September 1, 2015 |

/./././

/././

/././

/././

/././

CASE NO. 2:15-CV-01848-GEB-DAD

- 1 -

**ORDER ON STIPULATION OF DISMISSAL**

/././

Upon consideration of the Stipulation of Dismissal entered into by the parties, Plaintiffs ALEXANDER KUZKO and LIDIYA KUZKO and Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION, the action is dismissed without prejudice as to Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION only.

IT IS SO ORDERED

Dated: February 23, 2016

Troy L. Nunley
United States District Judge